1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEITH PREZELL THOMAS,

11            Plaintiff,                    No. CIV S 06-2554 LKK EFB P

12        vs.

13   MAGISTRATE JUDGES,

14            Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16        Plaintiff is a prisoner without counsel seeking leave to proceed *in forma pauperis* in a

17   civil rights action.  *See* 28 U.S.C. § 1915(a); 42 U.S.C. § 1983.  On December 6, 2006, the court

18   found that plaintiff was not eligible to proceed *in forma pauperis* because this court has

19   dismissed at least three of plaintiff's lawsuits filed while he was a prisoner on the grounds that

20   they were frivolous, malicious or failed to state a claim, and gave plaintiff 20 days to pay the

21   filing fee.  The court also warned him that failure to do so would result in a recommendation that

22   this action be dismissed.  On December 14, 2006, plaintiff filed a document styled, "Motion:

23   Requesting de novo review of plead[ings] [sic] that are precluding the plaintiff to proceed in

24   forma pauperis."  In it, plaintiff asserts that he was unfairly denied leave to amend complaints

25   filed in the cases this court relies upon in finding him ineligible to proceed *in forma pauperis*,

26   and that he is indigent and cannot pay the filing fee.  Plaintiff's filing is not responsive to the

1

order.  He was given 20 days to pay the filing fee.  He has failed to do so.  Moreover, he still does not allege facts suggesting that he is under imminent danger of serious physical injury.[1] Finally, this is not the forum for plaintiff to complain that courts in earlier filed actions erroneously denied him leave to amend.  This court cannot review the proceedings in plaintiff's other cases. Plaintiff has neither complied with the court's December 6, 2006, order nor demonstrated that he may proceed *in forma pauperis* despite his litigation history.

Accordingly, it hereby is RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  January 17, 2007.

_Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1]  As explained in the court's December 5, 2006, order, court records show that before plaintiff filed the complaint in this action, this court dismissed at least three of plaintiff's lawsuits filed while he was a prisoner on the grounds that they were frivolous, malicious or failed to state a claim.  Accordingly, plaintiff may not proceed *in forma pauperis* unless he is "under imminent danger of serious physical injury."28 U.S.C. § 1915(g)

2