IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

      Plaintiff,                        No. CIV S-06-2554 LKK EFB P

      vs.

MAGISTRATE JUDGES,

      Defendants.             ORDER

_____ /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently pending before the court is plaintiff's request for an extension of time to seek leave to proceed *in forma pauperis* on appeal.

      Good cause appearing, plaintiff's December 17, 2007, request is granted. Plaintiff has 20 days from the date this order is served to file a request for leave to proceed *in forma pauperis* on appeal.

      So ordered.

DATED: April 18, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE